Jose Jesus QUEZADA–GOMEZ, Petitioner,

v.

John ASHCROFT,* Attorney General, Respondent.

No. 99–71472.
I & NS No. A72–157–771.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 8, 2001.

Decided July 30, 2001.

* John Ashcroft, is substituted for his predecessor, Janet Reno, as Attorney General. Fed. R.App. P. 43(c)(2).

Before T.G. NELSON, GRABER and RAWLINSON, Circuit Judges.

MEMORANDUM **

■ Jose Jesus Quezada–Gomez ("Quezada–Gomez") petitions for review of the Attorney General's reinstatement of a deportation order pursuant to the Immigration and Nationality Act (INA) § 241(a)(5), 8 U.S.C. § 1231(a)(5). We lack jurisdiction to review the underlying deportation order because Quezada–Gomez failed to exhaust his administrative remedies, and prior orders of removal are not subject to reopening or review. *See Castro–Cortez v. INS,* 239 F.3d 1037, 1044 (9th Cir.2001); *see also* INA § 241(a)(5).

■ The deportation order was properly reinstated because Quezada–Gomez (1) had been previously deported, (2) admitted his identity, and (3) illegally reentered the United States in 1999. *See Castro–Cortez,* 239 F.3d at 1048; *see also* 8 C.F.R. § 241 .8.

PETITION DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.